UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDISON HESTER, | ) |
| Petitioner, | ) ) |
| v. | ) No. 4:18-CV-845 SNLJ |
| EILEEN RAMEY, | ) ) |
| Respondent. | ) ) |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on petitioner Edison Hester's motion for leave to proceed in forma pauperis on appeal. (Docket No. 16). Upon review of the motion, the Court has determined that petitioner is unable to pay the filing fee. *See* 28 U.S.C. § 1915. Therefore, the motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner Edison Hester's motion for leave to proceed in forma pauperis on appeal (Docket No. 16) is **GRANTED**.

Dated this 11th day of October, 2019.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE