UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| EDISON HESTER, | ) |  |
|---|---|---|
| Petitioner, | ) |  |
| v. | ) | No. 4:18-CV-845 SNLJ |
| EILEEN RAMEY, | ) |  |
| Respondent. | ) |  |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on petitioner Edison Hester's motion for a certificate of appealability. (Docket No. 17). The Court previously considered whether or not to issue a certificate of appealability. In order to issue such a certificate, the Court must find a substantial showing of the denial of a federal right. *See Tiedeman v. Benson*, 122 F.3d 518, 522 (8th Cir. 1997). "A substantial showing is a showing that issues are debatable among reasonable jurists, a court could resolve the issues differently, or the issues deserve further proceedings." *Cox v. Norris*, 133 F.3d 565, 569 (8th Cir. 1997).

When the Court dismissed petitioner's petition, the Court noted that petitioner had not made such a showing. As such, the Court ordered that it would not issue a certificate of appealability. Petitioner's motion simply repeats assertions made in the petition. Therefore, the Court will deny petitioner's motion.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for a certificate of appealability (Docket No. 17) is **DENIED**.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

Dated this 11th day of October, 2019.

/s/ Stephen N. Limbaugh, Jr.
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE